UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NOLA VENTURES LLC, NOLA RESTAURANT GROUP LLC, AND CRITICAL MASS HOLDINGS LLC | * * * * | CIVIL ACTION<br><br>NO. |
| VERSUS | * * | JUDGE |
| UPSHAW INSURANCE AGENCY INC., AND ROBERT BRYAN BENTLEY | * * * | MAG. |

\* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1332, defendants Upshaw Insurance Agency Inc. and Robert Bryan Bentley (hereinafter referred to collectively as "defendants"), hereby remove to this Court the State Court action described below:

## FACTUAL BACKGROUND

1.      On March 21, 2012, Plaintiffs, NOLA Ventures LLC, NOLA Restaurant Group LLC and Critical Mass Holdings LLC filed a Petition for Damages in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, naming as defendants Upshaw Insurance Agency Inc. and Robert Bryan Bentley. That State Court proceeding bears the docket number 712699-M (the State Court action).

2. Upshaw Insurance Company was Served with the Petition for Damages on March 28, 2012.

3. Pursuant to 28 U.S.C §1446(a), attached hereto as Exhibit "1" are all pleadings served upon defendant in the State Court action including the Petition for Damages.

## BASIS OF REMOVAL AND JURISDICTION IN THIS COURT

4. This Court has jurisdiction pursuant to 28 U.S.C. §1332 because the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and is between citizens of different states.

5. Specifically, the Petition for Damages alleges that all three of the plaintiffs, NOLA Ventures, LLC, NOLA Restaurant Group, LLC and Critical Mass Holdings LLC are Louisiana limited liability companies doing business in the Parish of Jefferson, State of Louisiana. Further, defendant, Upshaw Insurance Agency Inc. is a Texas corporation, and Robert Bryan Bentley is domiciled in the State of Texas. There is complete diversity between the parties. 28 U.S.C. §1332(a).

6. It is facially apparent from the petition that the amount in controversy between the plaintiffs and defendants exceeds the sum of $75,000 exclusive of interest and costs. Therefore all requirements are met for approval under 28 U.S.C. §§1332 and 1441.

7. Movers Upshaw Insurance Agency Inc. and Robert Bryan Bentley are the only defendants in this case, so the consent of additional defendants for removal is not necessary.

8. This Notice of Removal is timely filed within 30 days of March 28, 2012, the first date of service of the Petition for Damages on any defendant, and also the first date of receipt of the Petition by any defendant, in compliance with 28 U.S.C. §1446(b).

9.      This jurisdiction is the proper forum for this matter because the state court action was filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and alleges that some of the events or omissions giving rise to plaintiffs' purported claims occurred in this judicial district.  28 U.S. C. §1391(a)(2).

10.     Promptly after filing this Notice of Removal, defendants shall cause a true and correct copy of the same to be filed with the Clerk of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and service of the Notice of Removal will be effected on all adverse parties through their counsel of record.

11.     All pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S. C. §1446(6).  Those filings consist of Exhibit 1, described above.

12.     By filing this Notice of Removal, defendants do not waive and hereby reserve all defenses and objections to the Petition for Damages.

13.     Pursuant to 28 U.S.C. §1446(a), undersigned counsel states that the averments of this Notice of Removal are well grounded in fact and warranted by existing law and that this matter is within the jurisdiction of this Court.

## CONCLUSION AND PRAYER

WHEREFORE, defendants, Upshaw Insurance Agency Inc. and Robert Bryan Bentley request that this Court assume full jurisdiction over the cause herein as provided by law.  This Court has jurisdiction over the dispute in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and is between citizens of different states.

Respectfully submitted,

Salley, Hite, Mercer & Resor, LLC
**JOHN W. HITE III (T.A. 17611)**
**PEYTON C. LAMBERT (32537)**
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828

**BY:   /s/ John W. Hite III**
    **JOHN W. HITE III**
**ATTORNEYS FOR DEFENDANTS,**
**UPSHAW INSURANCE AGENCY INC.,**
**AND ROBERT BRYAN BENTLEY**

CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 22nd day of April, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by depositing it in the United States mail, properly addressed, and first class postage prepaid, by hand delivery, by facsimile or by e-mail.

      /s/ John W. Hite III

G:\daisy\WD\21430\Removal Pleadings\Notice of Removal.wpd