UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOLA VENTURES, LLC, et al | CIVIL ACTION |
| VERSUS | NO: 12-1026 |
| UPSHAW INSURANCE AGENCY, INC., et al | SECTION: G |

## JUDGMENT

This cause having been tried and submitted to a jury, and the jury having returned a verdict; Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, Upshaw Insurance Agency, Inc and Robert Bryan Bentley, and against the plaintiffs, Nola Ventures, LLC and Critical Mass Holdings, LLC.

New Orleans, Louisiana, this 25th day of November 2014.

*Nannette Jolivette Brown*
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE